# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,


v.                            **ORDER**
                            Criminal File No. 15-210 (MJD/JSM)

(4) ADAN MARGRITOS FLORES-LAGONAS,

        Defendant.

Surya Saxena, Assistant United States Attorney, Counsel for Plaintiff.

Kurt B. Glaser, Smith & Glaser, LLC, Counsel for Defendant.


The above-entitled matter comes before the Court upon the Report and

Recommendation of United States Magistrate Judge Janie S. Mayeron dated

November 12, 2015.  Defendant filed objections to the Report and

Recommendation.  Defendant did not object to the Factual Background as set

forth in the Report and Recommendation and did not arrange for preparation of

the transcript of the witness testimony at the hearing.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the

record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the

Court adopts the Report and Recommendation of United States Magistrate Judge

Mayeron dated November 12, 2015.

Accordingly, based upon the files, records, and proceedings herein**, IT IS**

**HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 12, 2015 [Docket No. 120].

2. Defendant's Motion for Suppression of Evidence [Docket No. 93] is **DENIED**.

Dated:   December 21, 2015          s/Michael J. Davis
                                    Michael J. Davis
                                    United States District Court